# Kramer Levin

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/7/2021__

Zachary C. Naidich
Associate
T 212.715.9218
F 212.715.8000
znaidich@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

January 7, 2021

**Via ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Natalie Komarova v. Rosalie Uyola, et al.*,
      Case No. 1:20-cv-08350-AT

Dear Judge Torres:

We represent Plaintiff in the above-referenced matter. We write with the consent of Defendants to request an extension of time to file the parties' joint letter and an adjournment of the initial pretrial conference, currently scheduled for February 1st and 8th respectively, to dates after February 18, 2021. (Dkt. No. 6). The parties believe these extensions are appropriate because: (i) they are participating in a mediation in this matter on February 4, 2021 and (ii) Defendants are not required to answer or otherwise respond to the Complaint until February 18, 2021. This Court has previously granted two previous requests by Defendants to extend Defendants' time to answer or respond to the Complaint. Thank you.

Sincerely,

Zachary C. Naidich

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for February 8, 2021, is ADJOURNED to **February 18, 2021**, at **10:20 a.m.** By **February 11, 2021**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 7, 2021
       New York, New York

ANALISA TORRES
United States District Judge