```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/19/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATALIA KOMAROVA,

                                         Plaintiff,                      **ORDER SCHEDULING TELEPHONE CONFERENCE**

          -against-

                                                                    **20-CV-8350 (AT)**

ROSALIE UYOLA and JONATHAN TATKON-COKER,

                                         Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 22). A telephone conference will be held on **Tuesday, March 9, 2021 at 12:30 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: February 19, 2021
       New York, New York

                                                                   _____
                                                                    KATHARINE H. PARKER
                                                                   United States Magistrate Judge